TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00077-CR






Allan Eugene Keate, Appellant



v.



The State of Texas, Appellee







NO. 03-10-00078-CR






Raymond Merril Jessop, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF SCHLEICHER COUNTY, 51ST JUDICIAL DISTRICT


NOS. 992 & 991, HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant Allan Eugene Keate's third motion for extension of time to file brief and
appellant Raymond Merril Jessop's fourth motion for extension of time to file brief are granted. 
Appellants' counsel, Gerald H. Goldstein, is ordered to tender briefs in these causes no later than
January 28, 2011. No further extensions will be granted.

It is ordered December 28, 2010.


Before Chief Justice Jones, Justices Puryear and Pemberton

Do Not Publish